IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. H-12-107 |
| JAIME HUMBERTO RIVERA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 14.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 1, 2012 |
| Responses are to be filed by: | August 15, 2012 |
| Pretrial conference is reset to**:** | **August 20, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 27, 2012 at 9:00 a.m.** |

SIGNED on May 21, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge