**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-107 |
| | § § § | |
| JAIME HUMBERTO RIVERA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 19). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 15, 2013 |
| Responses are to be filed by: | April 29, 2013 |
| Pretrial conference is reset to**:** | **May 6, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 13, 2013 at 9:00 a.m.** |

SIGNED on January 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge